IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CATHY ANN WALKER<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 6:07-cv-433 |
| BUDDY ROBINSON,<br>　　Defendant. | §<br>§<br>§ | |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge (Doc. No. 16), which contains his proposed findings of fact and recommendations for the disposition of Defendant Buddy Robinson's Motion to Dismiss for Lack of Jurisdiction (Doc. No. 9), has been presented for consideration. Plaintiff Cathy Ann Walker filed an Objection (Doc. No. 18) to the Report and Recommendation, and Defendant has filed a Response (Doc. No. 20) to the Objection. Having carefully considered the objection raised by Plaintiff, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby overrules the objection of Plaintiff and adopts the Report and Recommendation of the United States Magistrate Judge as the findings of this Court.

Accordingly, it is hereby **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 9) be **GRANTED**.

SIGNED this 10th day of June, 2008.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE